# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAINT AGNES MEDICAL CENTER,<br><br>　　　　Defendant. | Case No. 1:23-cv-00705-ADA-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 2, 3) |

On May 5, 2023, Defendant removed this action from the Fresno County Superior Court. (ECF No. 1.) On May 12, 2023, the parties filed a stipulation to extend the time for Defendant to file an answer until thirty days after a forthcoming motion to remand is adjudicated. (ECF No. 3.) The Court finds good cause to grant the parties' stipulated motion. The Court shall also continue the scheduling conference for a period of approximately sixty days.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for Defendants to file a response to the complaint is extended to thirty (30) days after a forthcoming motion to remand is adjudicated;

2. The scheduling conference currently set for July 18, 2023, is CONTINUED to **September 11, 2023**, at **11:30 a.m.** in **Courtroom 9**; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:  **May 15, 2023**

UNITED STATES MAGISTRATE JUDGE

2