Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
CADDELL & CHAPMAN
628 East 9th St.
Houston, TX 77007-1722
Tel.: (713) 751-0400
Fax: (713) 751-0906

Foster C. Johnson
fjohnson@azalaw.com (SBN 289055)
AHMAD, ZAVITSANOS, & MENSING, P.C.
1221 McKinney Street, Suite 2500
Houston TX 77010
Tel: (713) 655-1101
Fax: (713) 655-0062

*Attorneys for Plaintiff*
JOHN DOE

[Additional Counsel Listed on Next Page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAINT AGNES MEDICAL CENTER,<br><br>Defendant. | Case No. 1:23-cv-00705-KES-SAB<br><br>**STIPULATION AND ORDER FOR REMAND TO STATE COURT**<br><br>Judge: Hon. Kirk E. Sherriff |

Case No. 1:23-cv-00705-KES-SAB

STIPULATION AND ORDER FOR REMAND TO STATE COURT

TERESA C. CHOW (SBN 237694)
*tchow@bakerlaw.com*
DYANNE J. CHOW (SBN 306190)
*dcho@bakerlaw.com*
ALEXANDER VITRUK (SBN 315756)
*avitruk@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA  90067-0509
Telephone:     310.820.8800
Facsimile:     310.820.8859

*Attorneys for Defendant*
SAINT AGNES MEDICAL CENTER

Plaintiff John Doe ("Plaintiff") and Defendant Saint Agnes Medical Center ("Defendant" and together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby enter into this Stipulation ("Stipulation"), based on the following facts and subject to Court approval:

WHEREAS, Plaintiff filed a Class Action Complaint ("Complaint") on March 3, 2023 in the Superior Court of the State of California for the County of Fresno (the "State Court"), Case No. 23CECG00816 (the "*Doe* State Court Action");

WHEREAS, Defendant removed the *Doe* State Court Action to the this Court on May 5, 2023 (Dkt. 1);

WHEREAS, on June 5, 2023, Plaintiff filed a motion to remand this action to the State Court (Dkt. 5);

WHEREAS, Defendant filed an opposition to the motion to remand on June 20, 2023 (Dkt. 7), and Plaintiff filed a reply on July 3, 2023 (Dkt. 9);

WHEREAS, the Court has not yet issued an order on the motion to remand;

WHEREAS, on July 18, 2024, in light of the pending motion to remand, the Court entered a Minute Order resetting the Initial Scheduling Conference for December 5, 2024 at 2:00 p.m. (Dkt. 21);

WHEREAS, on July 5, 2024, the Ninth Circuit Court of Appeals affirmed a remand order in *Doe v. Cedars-Sinai Health System*, 106 F.4th 907 (9th Cir. 2024);

WHEREAS, on August 14, 2024, the Ninth Circuit Court of Appeals affirmed a remand order in *Heard v. Torrance Memorial Medical Center*, No. 23-35336, 2024 WL 3811398, at *1 (9th Cir. Aug. 14, 2024);

WHEREAS, on August 20, 2024, the Ninth Circuit Court of Appeals affirmed a remand order in *Doe v. Hoag Memorial Hospital Presbyterian*, No. 23-55500, 2024 WL 3874231, at *1 (9th Cir. Aug. 20, 2024);

WHEREAS, the Parties have agreed that this action may be remanded to the State Court;

WHEREAS, this request is made in good faith and not for the purpose of delay, but for

judicial and party efficiency; and

WHEREAS, this request will not alter the date of any event or any deadline already fixed by Court Order, except for the December 5, 2024 Initial Scheduling Conference.

NOW THEREFORE, the Parties, by and through their undersigned counsel, hereby agree and stipulate, subject to the Court's approval, that this Court may remand this action to the State Court.

**IT IS SO STIPULATED.**

Dated: October 3, 2024         **CADDELL & CHAPMAN**

By: _Michael A. Caddell_____
    Michael A. Caddell

*Attorneys for Plaintiff*
JOHN DOE, individually and on behalf of others similarly situated.

Dated: October 3, 2024         **BAKER & HOSTETLER LLP**

By: _Teresa C. Chow_____
    Teresa C. Chow (as authorized on 10/2/2024)

*Attorneys for Defendant*
SAINT AGNES MEDICAL CENTER

**ORDER**

On October 3, 2024, the parties filed a stipulation to remand this action to state court. Doc. 22.  The court, having considered the parties' stipulation and finding good cause, grants the stipulation and hereby ORDERS that:

1. This action is remanded to the Fresno County Superior Court.
2. The Clerk of Court shall mail a copy of this order to the clerk of the Fresno County Superior Court.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 3, 2024

_____
UNITED STATES DISTRICT JUDGE